AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2025
SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TRACY LORNE MONTOGMERY

*Plaintiff*

v.

KATRINA A. SUCKOW, C/O FRY, and DAMIEN CHARLES MCCARTER

*Defendant*

Civil Action No. 4:25-CV-05147-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No 22, Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 21, is GRANTED.
Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.
Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rebecca L. Pennell.

Date: 12/23/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*